IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ANTWON MAURICE BAYARD**                                                              **PLAINTIFF**

v.                              **Case No: 4:14-cv-00577 KGB**

**SUSAN RICE,** *et al.*                                                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

SO ADJUDGED this 14th day of October, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE